UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ELLEN FRANCES LIVELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CAUSE NO: 4:08-cv-0021-DFH-WGH |
| | ) |
| AISIN U.S.A. MFG., INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

Come now the parties, by counsel, and pursuant to Fed. R. Civ. P. 41(a) hereby stipulate and agree that the above-entitled action be dismissed in its entirety, with prejudice, each party to bear its own costs, attorneys' fees, and expenses.

Respectfully submitted,

*s/* Susannah M. Pieper
Ryan McCabe Poor, Attorney No. 21050-53
Susannah M. Pieper, Attorney No. 26514-49
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana  46282-0200
(317) 236-2100
(Fax) (317) 236-2219
ryan.poor@icemiller.com
susannah.pieper@icemiller.com

ATTORNEYS FOR DEFENDANT

*s/* Mary M. Runnells
Mary M. Runnells  #6236-28
Robert C. Price
PRICE & RUNNELLS
1329 S. High St.
Bloomington, IN  47401
(812) 334-8831
(Fax) 334-8865
mrun4@att.net
rcp2@instightbb.com

Thomas A. Berry
Jeffrey S. Ankrom
BERRY & DOMER
701 N. Walnut Street
Bloomington, IN 47404
tom@tomberry.com
ankrom@copyrighttimes.com

ATTORNEYS FOR PLAINTIFF

- 2 -

### CERTIFICATE OF SERVICE

I hereby certify that on February **FILL IN**, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Ryan McCabe Poor
>Susannah M. Pieper
>ICE MILLER LLP
>One American Square, Suite 2900
>Indianapolis, Indiana  46282-0200
>(317) 236-2100
>(Fax) (317) 236-2219
>ryan.poor@icemiller.com
>susannah.pieper@icemiller.com

>*s/*
>Mary M. Runnells

PRICE & RUNNELLS
1329 S. High St.
Bloomington, IN  47401
(812) 334-8831
(Fax) 334-8865
mrun4@att.net
rcp2@instightbb.com

- 2 -